IN THE UNITED STATES DISTRICT COURT
for the DISTRICT OF MARYLAND
Northern Division

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN - 2 2000

AT _____
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

_____ FEE PAID

_____ FEE NOT PAID
(SEND LETTER)

| | |
|---|---|
| FRANZ MULLER t/a<br>SES ENTERPRISES<br><br>Plaintiff,<br><br>v.<br><br>PENN NATIONAL<br>INSURANCE COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. WMN-00-1447<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ADMISSION OF OUT OF STATE ATTORNEYS
### *PRO HAC VICE*

Now comes Neil J Ruther, Baltimore, Maryland pursuant to Local Rule 101 (b) of the Rules of the United States District Court for the District of Maryland and moves the admission, *pro hac vice*, of the below named counsel for the limited purpose of appearing in the above captioned case and for grounds therefore states as follows:

1. Movant is an attorney licensed to practice before the Court of Appeals of the State of Maryland who maintains an office in this State located at 110 West Road Suite 217, Towson, Maryland 21204.

2. Movant is in good standing at the bar of Maryland and the bar of this Court and is counsel of record in the above captioned case. Movant will act as co-counsel in these proceedings.

3. Robert Tayloe Ross, Esq. and Diane Montgomery, Esq.(the Proposed Admittees) are members in good standing of the bar of the State of Virginia who are members or associates of the Firm of Durrette, Irvin & Bradshaw, P.L.C. with offices located at 20th Floor, Main Street Center 600 East Main Street, Richmond Virginia 23219. Each of the Proposed Admittees is a member in good standing of the bar of the United States District Court for the Eastern District of Virginia.

✓ r

*Robert Tayloe Ross*
Robert Tayloe Ross, Esq.
Proposed Admittee

*Diane U. Montgomery*
Diane U. Montgomery, Esq.
Proposed Admittee   Both of:
Durrette, Irvin & Bradshaw, P.L.C.
600 East Main Street
20th Floor
Richmond, Virginia 23219
Phone: (804) 775-6900
Fax: (804) 775-6911
Email: rross@diblaw.com
       dmont@diblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this __31st__ day of __May__ 2,000, a copy of the foregoing pleading was mailed postage pre paid/ hand delivered to Kevin D Wise, Esq. at Law Office of Jack Kowitz P.A. 16 South Calvert Street 3rd Floor Baltimore, Maryland , Counsel for Plaintiff.

*Neil J Ruther*
Neil J Ruther

## ORDER

**MOTION** _____ **GRANTED**

**MOTION** _____ **GRANTED** subject to the payment of the $50.00 filing fee to the Clerk

**MOTION** _____ **DENIED**


**Dated:** _____                    _____
                                              **U.S. District Judge**

3

4. The Proposed Admittees are fully qualified and competent to act as counsel in these proceedings and each of them is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland , the Federal Rules of Evidence and the Rules of Professional Conduct and understand that they will be subject to the disciplinary jurisdiction of this Court. .

5. During the last twelve (12) months neither of the Proposed Admittees has been admitted *pro hac vice* to this Court in any matter or proceeding.

6. Neither of the Proposed Admittees has been disbarred, suspended or denied admission to practice in any court.

7. Each of the Proposed Admittees acknowledge that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

WHEREFORE, Movant prays:

A. That ROBERT TAYLOE Ross, ESQ. and DIANE MONTGOMERY, ESQ. be specially admitted to practice before this Court in the above captioned proceedings and that they be accorded all of the rights and privileges of counsel so admitted pursuant to Rule 101 of the Rules of the United States District Court for the District of Maryland .

AS IS DUTY BOUND;

Neil J Ruther (Trial Cert. 00966)
Suite 217
110 West Road
Towson, Maryland 21204
410-435-6064
Fax 410 828 6610
E-Mail NJRuther@AOL.com
MOVANT

2

IN THE UNITED STATES DISTRICT COURT
for the DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| FRANZ MULLER t/a<br>SES ENTERPRISES<br><br>  Plaintiff,<br><br>v.<br><br>PENN NATIONAL<br>INSURANCE COMPANY<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. WMN-00-1447<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION OF OUT OF STATE ATTORNEYS**
*PRO HAC VICE*

Now comes Neil J Ruther, Baltimore, Maryland pursuant to Local Rule 101 (b) of the Rules of the United States District Court for the District of Maryland and moves the admission, *pro hac vice,* of the below named counsel for the limited purpose of appearing in the above captioned case and for grounds therefore states as follows:

1. Movant is an attorney licensed to practice before the Court of Appeals of the State of Maryland who maintains an office in this State located at 110 West Road Suite 217, Towson, Maryland 21204.

2. Movant is in good standing at the bar of Maryland and the bar of this Court and is counsel of record in the above captioned case. Movant will act as co-counsel in these proceedings.

3. Robert Tayloe Ross, Esq. and Diane Montgomery, Esq.(the Proposed Admittees) are members in good standing of the bar of the State of Virginia who are members or associates of the Firm of Durrette, Irvin & Bradshaw, P.L.C. with offices located at 20th Floor, Main Street Center 600 East Main Street, Richmond Virginia 23219. Each of the Proposed Admittees is a member in good standing of the bar of the United States District Court for the Eastern District of Virginia.

4. The Proposed Admittees are fully qualified and competent to act as counsel in these proceedings and each of them is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland , the Federal Rules of Evidence and the Rules of Professional Conduct and understand that they will be subject to the disciplinary jurisdiction of this Court. .

5. During the last twelve (12) months neither of the Proposed Admittees has been admitted *pro hac vice* to this Court in any matter or proceeding.

6. Neither of the Proposed Admittees has been disbarred, suspended or denied admission to practice in any court.

7. Each of the Proposed Admittees acknowledge that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

WHEREFORE, Movant prays:

A. That ROBERT TAYLOE Ross, ESQ. and DIANE MONTGOMERY, ESQ. be specially admitted to practice before this Court in the above captioned proceedings and that they be accorded all of the rights and privileges of counsel so admitted pursuant to Rule 101 of the Rules of the United States District Court for the District of Maryland .

AS IS DUTY BOUND;

*[signature]*
Neil J Ruther (Trial Cert. 00966)
Suite 217
110 West Road
Towson, Maryland 21204
410-435-6064
Fax 410 828 6610
E-Mail NJRuther@AOL.com
MOVANT

2

*Robert Tayloe Ross*
Robert Tayloe Ross, Esq.
Proposed Admittee

*Diane U. Montgomery*
Diane U. Montgomery, Esq.
Proposed Admittee   Both of:
Durrette, Irvin & Bradshaw, P.L.C.
600 East Main Street
20th Floor
Richmond, Virginia 23219
Phone: (804) 775-6900
Fax: (804) 775-6911
Email: rross@diblaw.com
     dmont@diblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this __31st__ day of __May__ 2,000, a copy of the foregoing pleading was mailed postage pre paid/ hand delivered to Kevin D Wise, Esq. at Law Office of Jack Kowitz P.A. 16 South Calvert Street 3rd Floor Baltimore, Maryland, Counsel for Plaintiff.

*Neil J Ruther*
Neil J Ruther

## ORDER

MOTION __✓__ GRANTED

MOTION _____ GRANTED  subject to the payment of the $50.00 filing fee to the Clerk

MOTION _____ DENIED

Dated: __6/8/00__                    *U.S. District Judge signature*
                                      U.S. District Judge

3