```
                    FILED
              U.S. DISTRICT COURT
              DISTRICT OF MARYLAND
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
                                    2000 SEP 9   P 12: 35
```

FRANZ MULLER t/a                *           CLERK'S OFFICE
SES ENTERPRISES                             AT BALTIMORE

    Plaintiff          *       BY_____DEPUTY

v.                              *       CIVIL ACTION NO: WMN 00CV1447

PENN NATIONAL, ET AL.           *

    Defendants         *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION AND CONSENT MOTION TO EXTEND DEADLINE
FOR FILING RESPONSE TO PLAINTIFF'S MOTION TO REMAND
AND FOR AMENDMENT OF COMPLAINT AND
JOINDER OF ADDITIONAL PARTIES**

    The parties having discussed the pending motion to remand and Plaintiff's proposed Amended Complaint have agreed that an extension to respond to the Motion to Remand and for the joinder of additional parties and Amended Complaint, each by 14 days from today's date, is in the interest of justice for the reasons to follow:

    1.  The Plaintiff has provided to Defendant information requested in support of his damages claim and Defendant is currently investigating same.

    2.  The attorneys for the parties have scheduled a meeting on Monday, August 7, 2000, at 7:00 a.m., to try to hammer out a final settlement agreement.  If a settlement can be reached, the parties anticipate finalizing same within a week to 10 days.

    WHEREFORE, the parties jointly request an extension of 14 days from the date of this motion for the following:

        A.  Defendant's response to Plaintiff's Motion to

Remand.

        B.  Plaintiff's deadline for filing a motion for leave of court to amend Complaint and for joinder of additional parties.

| | |
|---|---|
| _/s/ Kevin D. Wise_ | _/s/ Robert Tayloe Ross_ |
| KEVIN D. WISE, ESQ. | ROBERT TAYLOE ROSS, ESQ. |
| 16 S. Calvert St., 3rd Fl. | Midkiff, Muncie & Ross, P.C. |
| Baltimore, MD 21202 | 9030 Stoney Point Pkwy, #160 |
| (410) 752-7094 | Richmond, VA 23235 |
| Attorney for Plaintiff | (804) 560-9600 |
| Franz Muller | Attorney for Defendant |
| t/a SES Enterprises | Penn National |

APPROVED: _/s/ William Nickerson_ 8/9/00
                WILLIAM M. NICKERSON
                UNITED STATES DISTRICT JUDGE